**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF ARKANSAS**
**CENTRAL DIVISION**

**JASON MCGEHEE,** *et al*.                                    **PLAINTIFFS**

**v.**                          **Case No. 4:17-cv-00179 KGB**

**ASA HUTCHINSON,** *et al*.                                 **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Findings of Fact and Conclusions of Law entered by the Court in this matter (<u>Dkt. No. 206</u>), the Court enters judgment as follows:

(1)    Defendants Asa Hutchinson, who is sued in his official capacity as Governor of Arkansas, and Wendy Kelley, who is sued in her official capacity as Director of the Arkansas Department of Correction ("ADC") (collectively, "defendants"), are entitled to judgment in their favor on claim one filed by plaintiffs Stacey Johnson, Bruce Ward, Terrick Nooner, and Don Davis, as well as intervenor-plaintiffs Justin Anderson, Ray Dansby, Gregory Decay, Kenneth Isom, Alvin Jackson, Latavious Johnson, Timothy Kemp, Brandon Lacy, Zachariah Marcyniuk, Roderick Rankin, Andrew Sasser, Thomas Springs, and Mickey Thomas (collectively, "plaintiffs") under the Eighth Amendment;

(2)    Defendants are entitled to judgment in their favor on plaintiffs' claim two under the Eighth Amendment and the Equal Protection Clause; and

(3)    Plaintiffs are entitled to judgment in their favor, in part, and defendants are entitled to judgment in their favor, in part, on plaintiffs' claims three and four under the First Amendment and the right to counsel under <u>18 U.S.C. § 3599</u>.

The Court orders relief consistent with the terms of its prior Order (<u>Dkt. No. 206</u>). Specifically, the Court memorializes the Joint Execution Viewing Policy entered into by the parties

prior to the April 2017 executions and followed during the April 2017 executions (Dkt. No. 62),

and, per the parties' on-the-record representations, the Court directs the parties, absent good cause,

to abide by the Joint Execution Viewing Policy.

It is so ordered this 31st day of May, 2020.

Kristine G. Baker
United States District Judge